# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 2:15-CR-38-DBH** |
| | ) | |
| **JAMEL HAMILTON,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER ON DEFENDANT'S MOTION FOR RELIEF

The government has informed the Clerk's Office that the defendant was transferred to home confinement on November 12, 2020. Therefore, this motion for relief is **MOOT**.

**SO ORDERED.**

**DATED THIS 17TH DAY OF NOVEMBER, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**